In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of FRANCES L. BUSHNELL, Deceased.

MARY B. CHENEY et al., as Executors, etc., et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Bushnell,* 73 App. Div. 325, affirmed.
(Submitted November 10, 1902; decided November 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1902, affirming an order of the New York County Surro-

gate's Court assessing a transfer tax upon the estate of Frances
L. Bushnell, deceased.

*E. H. Benn* and *E. Luther Hamilton* for appellants.

*Samuel Herman* for respondent.

Order affirmed, with costs; no opinion.

Concur: Parker, Ch. J., O'Brien, Bartlett, Haight,
Martin, Vann and Cullen, JJ.